948

No. 11–5645.  STURDZA v. UNITED ARAB EMIRATES ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 11–5648.  MAXWELL v. WHITE, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 11–5650.  REA v. WAL-MART STORE 1105.  C. A. 8th Cir. Certiorari denied.

No. 11–5659.  RIETHMILLER v. FABISIAK ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–5660.  SANCHEZ v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 11–5666.  ACKER v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 11–5667.  ABRON v. SWARTHOUT, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–5668.  ALEXANDER v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–5669.  BROWN v. FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 11–5678.  MCGEE v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 11–5681.  SHANKLIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5684.  CARTER v. CHIEF JUSTICE AND JUSTICES OF THE SUPREME COURT OF INDIANA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–5686.  CARMELL v. TEXAS.  Ct. App. Tex., 2d Dist. Certiorari denied.